
# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

In re:

**LILIAN FENG,**

    aka Lilian F.,

        Debtor.

Case No. 25-30905 DM 7

Chapter 7

BAP No. NC-26-1025

---

## APPELLANT'S DESIGNATION OF RECORD ON APPEAL,

## STATEMENT OF ISSUES ON APPEAL, AND

## NOTICE REGARDING TRANSCRIPTS

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a)

---

Appellant Lilian Feng, proceeding pro se, hereby files the following Designation of Record on Appeal, Statement of Issues on Appeal, and Notice Regarding Transcripts, pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1).

## I. DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to FRBP 8009(a)(1)(A), Appellant designates the following items from the docket of Case No. 25-30905 for inclusion in the record on appeal:

1. Voluntary Petition for Chapter 7 Bankruptcy (Doc #1)

2. Schedules A/B, C, D, E/F, G, H, I, J and Summary of Schedules

3. Statement of Financial Affairs (Doc filed with petition)

4. Motion for Relief From Stay filed by Zhuo Dong Lin (Doc #27)

5. Relief From Stay Cover Sheet (Doc #33)

6. Minutes of December 18, 2025 Hearing (no appearance by debtor)

7. Audio File of December 18, 2025 Hearing (Doc #34)

8. Order Granting Motion for Relief From Stay (Doc #35)

9. BNC Certificate of Mailing re: Doc #35 (Doc #36)

10. Emergency Motion to Vacate Order Granting Relief From Automatic Stay and For Sanctions Under 11 U.S.C. § 362(k) (Doc #41)

11. Proof of Service of Emergency Motion (Doc #42)

12. Request and Consent to Electronic Notice and Service (Doc #43)

13. Notice of Appearance by Phillip John Shine (Doc #44)

14. DeBN Request Deficiency Notice re: ECF Registration (Doc #46)

15. Notice of Appeal and Statement of Election (Doc #48)

16. Service of Notice of Referral (Doc #49)

17. Service of Notice of Appeal (Doc #50)

18. BNC Certificates of Mailing (Docs #51, 52, 57, 58)

19. Additional Notice of Referral (Doc #53)

20. Additional Notice of Appeal (Doc #54)

21. Acknowledgment of Receipt by BAP (Doc #55)

22. Transmission of Notice of Appeal to BAP (Doc #56)

23. All docket entries kept by the Bankruptcy Clerk

24. All orders entered in this case from filing through date of this designation

## II. STATEMENT OF ISSUES ON APPEAL

Appellant presents the following issues for review by the Bankruptcy Appellate Panel:

1. WHETHER THE BANKRUPTCY COURT VIOLATED FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002(a) by failing to provide the Debtor mandatory 21-day notice of the December 18, 2025 hearing on the Motion for Relief From Stay.

2. WHETHER THE BANKRUPTCY COURT VIOLATED THE DEBTOR'S FIFTH AMENDMENT DUE PROCESS RIGHTS by granting the Motion for Relief From Stay without providing the Debtor notice or opportunity to be heard, resulting in deprivation of fundamental housing rights.

3. WHETHER THE ORDER GRANTING RELIEF FROM STAY IS VOID AB INITIO for

failure to comply with mandatory notice provisions, where the Debtor received no electronic or

mail notice of the hearing or the order until 27 days after entry.

4. WHETHER THE BANKRUPTCY COURT ERRED IN GRANTING THE MOTION FOR

RELIEF FROM STAY where the Debtor's party-level Electronic Case Filing (ECF) registration

was accepted and then rejected by the Court without explanation, preventing timely electronic

notice.

5. WHETHER THE BANKRUPTCY COURT ABUSED ITS DISCRETION by ruling on the

Motion for Relief From Stay when the Debtor, who has documented disabilities requiring ADA

accommodations for remote/written-submission proceedings, was deprived of all opportunity to

participate.

6. WHETHER THE LIFTING OF THE AUTOMATIC STAY CAUSES IRREPARABLE

HARM to a debtor with documented cardiac condition and disabilities, where eviction would

result in homelessness and life-threatening medical emergency.

7. WHETHER EXCUSABLE NEGLECT EXISTS UNDER FRBP 8002(d) to permit a late-filed

Notice of Appeal, where the late filing was caused by the Court's own failure to provide notice of

the order through the Court's electronic notification system.

## III. NOTICE REGARDING TRANSCRIPTS

Pursuant to Federal Rule of Bankruptcy Procedure 8009(b) and 9th Circuit BAP Rule 8009-1:

Appellant designates the audio recording of the December 18, 2025 hearing (Doc #34, Run

Time: 00:01:23) for inclusion in the record.

Appellant states that the hearing lasted approximately 1 minute and 23 seconds per the Court's audio file. Because the hearing was extremely brief and the audio file is already part of the docket, Appellant respectfully requests that the BAP accept the audio recording in lieu of a formal written transcript, or in the alternative, Appellant will arrange for transcription if ordered by the Court.

No other transcripts are necessary for this appeal.

## IV. CERTIFICATE OF SERVICE

I, Lilian Feng, certify that on February 9, 2026, I served a true and correct copy of this Designation of Record on Appeal, Statement of Issues on Appeal, and Notice Regarding Transcripts on all parties of record by electronic mail:

Andrew R. Catterall, Esq.
Zacks & Freedman, P.C.
180 Montgomery Street, Suite 1950
San Francisco, CA 94104
**Email: ACatterall@zfplaw.com**

Mark B. Chernev, Esq.
**Email: mark@zulpc.com**

Paul J. Mansdorf, Chapter 7 Trustee
1569 Solano Ave. #703
Berkeley, CA 94707
**Email: paul@mansdorftrustee.com**

Office of the U.S. Trustee
450 Golden Gate Avenue, 5th Floor, #05-0153
San Francisco, CA 94102
**Email: USTPRegion17.SF.ECF@usdoj.gov**

Phillip John Shine, Assistant U.S. Trustee
280 South First Street, Suite 268
San Jose, CA 95113
**Email: phillip.shine@usdoj.gov**

DATED: **February 9, 2026**

**LILIAN FENG**

Appellant, Pro Se

2142 22nd Avenue, Front Unit

San Francisco, CA 94116

karendchao@gmail.com

(415) 888-5198 (texts)


# Case No. 25-30905 (In re Lilian Feng) — FRBP 8009 Designation of Record, Statement of Issues, and Notice Regarding Transcripts

1 message

Karen Hao <karendchao@gmail.com>                                    Mon, Feb 9, 2026 at 4:59 AM
To: helpdesk@canb.uscourts.gov, scott@zfplaw.com, mark@zulpc.com, paul@mansdorftrustee.com,
USTPRegion17.SF.ECF@usdoj.gov, "Shine, Phillip (USTP)" <phillip.shine@usdoj.gov>
Cc: acatterall@zfplaw.com

Dear Clerk of Court,

RE: Case No. 25-30905 (In re Lilian Feng) — BAP No. NC-26-1025

We are pro se appellants in the above-captioned case. We write to file the attached documents pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1):

For Case 25-30905 (Lilian Feng):

— Appellant's Designation of Record on Appeal

— Statement of Issues on Appeal

— Notice Regarding Transcripts

REASON FOR EMAIL FILING: As a pro se debtor, Appellant does not have CM/ECF e-filing access. We are filing these documents by email today, February 9, 2026, and will deliver original signed hard copies to the Clerk's Office in person on February 10, 2026. We respectfully request these documents be docketed upon receipt of this email.

EXPLANATION OF TIMING: The Notice of Appeal was filed on January 20, 2026. The 14-day deadline under FRBP 8009(a)(1)(B) fell on or about February 3, 2026. This filing is a few days late because we did not receive the BAP's Opening Letters (mailed January 26, 2026) until approximately February 8, 2026, due to ongoing mail delivery problems at our residence. Our landlord — who is a party adverse to us in these cases — controls access to the building, and we have no proper mailbox. Mail is frequently left in the shared garage/laundry area days or weeks late. We discovered these letters in the garage on February 8, 2026. We are filing within

one day of actual receipt, demonstrating maximum diligence.

We have also served copies on all parties of record by email, as reflected in the Certificate of Service attached to the document.

Please also note that Appellants filed today a Motion for Disqualification/Recusal of Judge Dennis Montali. To the extent that filing receives a docket number before the record is compiled, Appellants request it be included in the record on appeal as a supplemental designation under FRBP 8009(a)(3).

Original signed copies will be hand-delivered to:

Clerk of Court

United States Bankruptcy Court

Northern District of California

450 Golden Gate Avenue, 18th Floor

San Francisco, CA 94102

Thank you for your assistance.

Respectfully,

Lilian Feng

Karen DC Hao

Pro Se Appellants

2142 22nd Avenue, Front Unit

San Francisco, CA 94116

karendchao@gmail.com

(415) 888-5198 (texts)

LF-APPELLANTS-DESIGNATION-OF-RECORD-ON-APPEAL-25-30905.pdf
1147K