Entered on Docket
February 11, 2026
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: February 11, 2026

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

```
 1  PETER C. ANDERSON
    UNITED STATES TRUSTEE
 2  CAMERON M. GULDEN, MN SBN 310931
    ASSISTANT UNITED STATES TRUSTEE
 3  PHILLIP J. SHINE, CA SBN 318840
    TRIAL ATTORNEY
 4  U.S. DEPARTMENT OF JUSTICE
    OFFICE OF THE U.S. TRUSTEE
 5  450 Golden Gate Ave., Rm. 05-0153
    San Francisco, CA 94102
 6  Telephone: (415) 705-3333
    Telecopier: (415) 705-3379
 7  Email: Phillip.shine@usdoj.gov
```

Attorneys for Peter C. Anderson
United States Trustee for Region 17

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 25-30905 DM |
| LILIAN FENG, | Chapter 7 |
| Debtor. | |

### ORDER GRANTING U.S. TRUSTEE'S APPLICATION FOR EXAMINATION OF DEBTOR LILIAN FENG AND PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 [Dkt. 61]

Upon consideration of the United States Trustee's *Application for Examination of Debtor Lilian Feng and Production of Documents Pursuant to Federal Rule of Bankruptcy Procedure 2004* (the "**Application**"), and good cause appearing,

**IT IS HEREBY ORDERED** that the Application is granted.

**IT IS HEREBY FURTHER ORDERED** that the debtor Lilian Feng ("**Debtor**") shall produce documents as set forth in Attachment A of the Application by February 22, 2026, or at another time mutually agreeable in writing by and between the U.S. Trustee and Debtor, to the

attention of Trial Attorney Phillip J. Shine electronically via email to Phillip.shine@usdoj.gov so as to be received on or before February 22, 2026.

**IT IS HEREBY FURTHER ORDERED** that the U.S. Trustee is authorized to examine Debtor under oath and recorded by a court reporter, pursuant to Federal Rule of Bankruptcy Procedure 2004, in-person at 450 Golden Gate Ave., Suite 05-0153, San Francisco, CA 9410, on February 24, 2026, at 2:00 P.M., as more fully set forth in Attachment A of the Application. The location, date, and time of the examination may be rescheduled as may be agreed to in writing by the U.S. Trustee and Debtor. The Rule 2004 Examination may be continued by the U.S. Trustee until completed.

**\*\*\*END OF ORDER\*\*\***