

1 | PETER C. ANDERSON
UNITED STATES TRUSTEE
2 | CAMERON M. GULDEN, MN SBN 310931
ASSISTANT UNITED STATES TRUSTEE
3 | PHILLIP J. SHINE, CA SBN 318840
TRIAL ATTORNEY
4 | U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE
5 | 450 Golden Gate Ave., Rm. 05-0153
San Francisco, CA 94102
6 | Telephone: (415) 705-3333
Telecopier: (415) 705-3379
7 | Email: *Phillip.shine@usdoj.gov*

8

9 | Attorneys for Peter C. Anderson
United States Trustee for Region 17

10

11 | **UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

12 | In re ) Case No. 25-30905 DM
)
13 | LILIAN FENG, ) Chapter 7
)
14 | )
)
15 | Debtor. )
)
16 | ————————————————

17 | **ORDER CLARIFYING OBLIGATION OF DEBTOR LILIAN FENG TO**
**ATTEND 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS [ECF 86]**

18

19 | Upon consideration of the *United States Trustee's Omnibus Opposition and Ex Parte*

20 | *Request for Order Clarifying 2004 Examination* (Dkt. No. 86), and good cause appearing,

21 | **IT IS HEREBY ORDERED** that the Court's prior order (Dkt. No. 73) remains in full

22 | effect notwithstanding the *Motion to Dismiss Chapter 7 Case Pursuant to 11 U.S.C. § 707(a)*

23 | ("**Motion to Dismiss**") (Dkt. No. 77) and the *Notice of Conversion from Chapter 7 to Chapter*

24 | *13 Pursuant to 11 U.S.C. § 706(a) and Fed. R. Bankr. P. 1017(f)(3)* ("**Motion to Convert**") (Dkt.

25 | No. 82) (collectively, the "**Motions**") filed by the debtor Lilian Feng ("**Debtor**").

26 | **\*\*\*END OF ORDER\*\*\***

27

28

# COURT SERVICE LIST

**ECF Participants**

**Lilian Feng**
1929 Irving Street #305,
San Francisco, CA, 94122

**Lilian Feng**
2142 22nd Ave. Front Unit,
San Francisco, CA, 94116

**Lilian Feng**
2086 18th Ave., Unit C,
San Francisco, CA, 94116

**Lilian Feng**
24 Bosworth Street,
San Francisco, CA, 94112