PETER C. ANDERSON
UNITED STATES TRUSTEE
CAMERON M. GULDEN, MN SBN 310931
ASSISTANT UNITED STATES TRUSTEE
PHILLIP J. SHINE, CA SBN 318840
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
450 Golden Gate Ave., Rm. 05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Telecopier: (415) 705-3379
Email: *Phillip.shine@usdoj.gov*

Attorneys for Peter C. Anderson
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Case No. 25-30905 DM |
| LILIAN FENG, | Chapter 7 |
| | Ex Parte |
| Debtor. | |

**NOTICE OF CONTINUED 2004 EXAMINATION**

Peter C. Anderson, the United States Trustee for Region 17 ("**U.S. Trustee**"), by and through undersigned counsel, hereby files this *Notice of Continued 2004 Examination* ("2004 Exam") of debtor Lilian Feng ("**Debtor**"). The U.S. Trustee represents as follows:

1. The U.S. Trustee filed an application requesting that Debtor produce documents by February 22, 2026, and attend a 2004 examination on February 24, 2026. Dkt. No. 61. The Court entered an order authorizing that relief. Dkt. Nos. 73 and 88.

2. Via email dated February 16, 2026, Karen Hao (apparently on her own behalf and on Debtor's behalf) requested a 30-day continuance to allow time to respond to document

requests, seek counsel, and as an ADA accommodation. Hao explained that a motion would be filed with the Court if the U.S. Trustee did not consent.

3. The U.S. Trustee responded via email the same day noting that Debtor and Hao have had more than 60 days' notice of impending 2004 examinations. The U.S. Trustee asked Debtor and Hao to explain any impairments and how their requests are a necessary accommodation (as opposed to a litigation tactic). The U.S. Trustee also asked Debtor and Hao to explain what specific document requires more time to produce and why. The U.S. Trustee expressed that a consensual continuance would not be given without this supplemental information.

4. Debtor and Hao did not respond to the U.S. Trustee's email, did not produce any documents by February 22, 2026, and did not appear for examination on February 24, 2026.

5. Debtor's 2004 examination was adjourned to March 10, 2026, at 2:00 p.m.

Dated: March 4, 2026

PETER C. ANDERSON
UNITED STATES TRUSTEE

/s/ *Phillip J. Shine*
Phillip J. Shine
Trial Attorney for United States Trustee