UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re:

Bankruptcy Case No.: **25-30905 DM**

**Lilian Feng**

Adversary Proceeding No.:

v.                Plaintiff(s)

BAP Appeal Case Number(s):
**NC-26-1025**

Defendant(s)

## CERTIFICATE OF RECORD

The undersigned Clerk of the U.S. Bankruptcy Court hereby certifies the record on appeal is complete and ready for transmission. The Designation of Content for Record on Appeal and Statement of Issues have been filed. The status of the transcripts are as follows:

☐ Designated transcript(s) have been filed with this Court. Docket #:

☒ No transcripts were requested by Appellant or Appellee.

☐ Other:

Edward Emmons, Clerk
United States Bankruptcy Court

Date: 03/05/2026                By: */s/ John Bolts*

John Bolts, Deputy Clerk