PETER C. ANDERSON
UNITED STATES TRUSTEE
CAMERON M. GULDEN, MN SBN 310931
ASSISTANT UNITED STATES TRUSTEE
PHILLIP J. SHINE, CA SBN 318840
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
450 Golden Gate Ave., Rm. 05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Telecopier: (415) 705-3379
Email: *Phillip.shine@usdoj.gov*

Attorneys for Peter C. Anderson
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Case No. 25-30905 DM |
| LILIAN FENG, | Chapter 7 |
| | Ex Parte |
| Debtor. | |

**UNITED STATES TRUSTEE'S APPLICATION FOR EXAMINATION OF KARENA APPLE FENG PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

Peter C. Anderson, the United States Trustee for Region 17 ("**U.S. Trustee**"), by and through undersigned counsel, hereby applies for an order authorizing the examination of the debtor Lilian Feng's ("**Debtor**") mother, Karena Apple Feng ("**Ms. Apple Feng**"), pursuant to Federal Rule of Bankruptcy Procedure 2004 and Bankruptcy Local Rule 2004-1. This Application is based upon the following points and authorities and the papers and pleadings on file in this case.[1]

---

[1] The U.S. Trustee requests that the Court take judicial notice of the documents filed in this case pursuant to Federal Rule of Evidence 201 and Federal Rule of Bankruptcy Procedure 9017.

# MEMORANDUM

## I. JURISDICTION

1. The Bankruptcy Court has jurisdiction over bankruptcy cases pursuant to 28 U.S.C. §§ 1334 and 157(b).

2. The U.S. Trustee is statutorily charged with the responsibility to supervise and monitor the administration of bankruptcy cases pursuant to 28 U.S.C. § 586(a)(3).

3. The U.S. Trustee may raise and may appear and be heard on any issue in any case or proceeding under Title 11 pursuant to 11 U.S.C. § 307, [2] including actions related to dismissal for cause under Section 707(b) or denial of discharge pursuant to Section 727.

## II. BACKGROUND

4. This chapter 7 case commenced via a skeletal voluntary petition filed November 4, 2025. Dkt. No. 1.

5. The U.S. Trustee attempted to reconcile inconsistent and inaccurate information on Debtor's schedules and statements through a 2004 examination. Dkt Nos. 61, 91. However, Debtor did not appear.

6. On March 9, 2026, Ms. Apple Feng indicated she had a power of attorney over Debtor and asked that all correspondence be directed to her. The U.S. Trustee offered to conduct a 2004 examination of Ms. Apple Feng in attempts to resolve concerns before filing a motion to compel or complaint objecting to discharge. Ms. Apple Feng agreed and executed an acceptance of service of a subpoena.

---

[2] Hereafter, "Section" references the Bankruptcy Code, 11 U.S.C. § 101 *et. seq.* "Rule" references the Federal Rules of Bankruptcy Procedure. "B.L.R." references the Bankruptcy Local Rules for the Northern District of California.

## III. LEGAL STANDARD

7. Rule 2004 allows for examination of any entity by order of the Court. The scope of the examination, as set forth in the Rule, may relate to "the acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate . . . [.]" Fed. R. Bankr. P. 2004(b).

## IV. DISCUSSION

8. The U.S. Trustee seeks to verify information Debtor provided under oath in her Schedules, Statements, Section 341 testimony, and other pleadings filed in federal and state court litigation. Information provided to date appears incomplete or inaccurate. For example, Debtor has given conflicting explanations with respect to what her expenses are and how she pays them. The U.S. Trustee is also in the process of verifying the identify of Ms. Hao, who Debtor testified is her aunt.

9. The scope of the U.S. Trustee's examination will include: (i) Debtor's representations in the Petition, Schedules, Statement of Financial Affairs, and other pleadings filed in this bankruptcy and any other federal or state court proceeding; (ii) Debtor's assets, liabilities, income; and expenses; (iii) the identity of Karen Hao; and (iv) the circumstances leading to this bankruptcy filing.

10. The U.S. Trustee requests that Ms. Apple Feng be ordered to appear for and submit to an examination, pursuant to Rule 2004, which will be taken under oath and recorded by a court reporter via Zoom on **March 17, 2026 at 1:00 P.M.**, or at another date and time or location mutually agreed upon by the parties.

//

//

## V. RESERVATION OF RIGHTS

11. The U.S. Trustee reserves the right to seek Court authority to conduct further examination, request additional documents, and/or issue subpoenas.

## VI. CONCLUSION

**WHEREFORE**, the U.S. Trustee respectfully requests that the Court issue an Order: (i) compelling Karena Apple Feng's attendance at a 2004 examination, and (ii) for other and further relief as is just and appropriate.

Dated: March 16, 2026

PETER C. ANDERSON
UNITED STATES TRUSTEE

/s/ *Phillip J. Shine*
Phillip J. Shine
Trial Attorney for United States Trustee