**Entered on Docket
June 2, 2026**
**EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

FILED

JUN 2 2026



SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re:<br><br>LILLIAN FENG,<br>       Debtor. | BAP No. NC-26-1025<br><br>Bk. No. 25-30905 |
| LILLIAN FENG,<br>       Appellant,<br><br>v.<br><br>ZHUO DONG LIN; ANDREW CATTERALL; PAUL MANSDORF, Chapter 7 Trustee; U.S. TRUSTEE; PHILLIP JOHN SHINE, Assistant U.S. Trustee,<br>       Appellees. | **ORDER DISMISSING APPEAL** |

Before: GAN, NIEMANN, and BRAND, Bankruptcy Judges.

Appellant's opening brief was due on April 3, 2026.

On April 10, 2026, the BAP issued a Conditional Order of Dismissal ("COD") indicating that appellant had not filed the opening brief and requiring a response no later than April 24, 2026.

Appellant has not filed an opening brief or any other response to the COD as of the date of the entry of this order.

This appeal is ORDERED DISMISSED for lack of prosecution.

BAP NO:      NC-26-1025

DEBTOR:      LILLIAN FENG

RE:      ORDER OF DISMISSAL

## CERTIFICATE OF MAILING

The undersigned, deputy Clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document to which this certificate is attached was transmitted this date to all parties of record to this appeal, to the United States Trustee and to the Clerk of the Bankruptcy Court.

**By:** Cecil Lizandro Silva, Deputy Clerk
**Date:** June 2, 2026